UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: Atlantic Power Corporation Securities Litigation | * * * * * * * * * | Civil Action No. 1:13-cv-10537-IT |

ORDER OF DISMISSAL

March 18, 2015

TALWANI, D.J.

Pursuant to the court's <u>Memorandum and Order</u> dated March 13, 2015 ALLOWING Defendants' <u>Motion to Dismiss the Consolidated Class Action Complaint</u> [#85], the <u>Consolidated Class Action Complaint</u> [#81] is hereby dismissed. This case is now CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge